**Fill in this information to identify the case:**

Debtor 1     Anthony Gregory Kimbrough

Debtor 2     _____
(Spouse, if filing)

United States Bankruptcy Court for the    Eastern      District of    Tennessee
                                                                                                            (State)

Case number    3:19-bk-31076-SHB

Official Form 410S2

# Notice of Postpetition Mortgage Fees, Expenses, and Charges    12/16

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.**
**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

**Name of Creditor:**    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE BENEFIT OF THE CERTIFICATEHOLDERS OF THE CWABS, INC., ASSET-BACKED CERTIFICATES, SERIES 2006-BC3      **Court claim No. (if known):**    19

**Last 4 digits** of any number you use to identify the debtor's account:    1392

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

☒ No

☐ Yes. Date of the last notice: _____

## Part 1: Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| Description | Dates Incurred | Amount |
|---|---|---|
| 1. Late Charges | | (1) $ |
| 2. Non-sufficient funds (NSF) fees | | (2) $ |
| 3. Attorney Fees | | (3) $ |
| 4. Filing fees and court costs | | (4) $ |
| 5. Bankruptcy/Proof of claim fees | | (5) $ |
| 6. Appraisal/Broker's price opinion fees | | (6) $ |
| 7. Property inspection fees | | (7) $ |
| 8. Tax advances (non-escrow) | | (8) $ |
| 9. Insurance advances (non-escrow) | | (9) $ |
| 10. Property preservation expenses. Specify: | | (10) $ |
| 11. Other. Specify: Plan Review | 04/19/2019 | (11) $ 150.00 |
| 12. Other. Specify: | | (12) $ |
| 13. Other. Specify: | | (13) $ |
| 14. Other. Specify: | | (14) $ |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.
See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

Official Form 410S2      **Notice of Postpetition Mortgage Fees, Expenses, and Charges**      page 1

| Debtor 1 | Anthony | Gregory | Kimbrough fdba First Class Entertainment | Case Number *(if known)* | 3:19-bk-31076-SHB |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Part 4:  Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

**X**  /s/ John Roan
    Signature

Date **June 21, 2019**

| Print: | John Roan | | | Title: | Attorney for Creditor |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |
| Company: | Aldridge Pite, LLP | | | | |
| Address: | 5751 Uptain Road, Suite 514 | | | | |
| | Number | Street | | | |
| | Chattanooga | TN | 37411 | | |
| | City | State | Zip Code | | |
| Contact phone | (423) 425-9695 | | | Email | jroan@aldridgepite.com |

Official Form 410S2  **Notice of Postpetition Mortgage Fees, Expenses, and Charges**  page 2

ALDRIDGE PITE, LLP
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933
Telephone: (858) 750-7600
Facsimile: (619) 590-1385

# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF TENNESSEE - NORTHERN DIVISION

| | |
|---|---|
| In re<br><br>ANTHONY GREGORY KIMBROUGH<br>FDBA FIRST CLASS ENTERTAINMENT,<br><br>Debtor(s). | Case No. 3:19-bk-31076-SHB<br><br>Chapter 13<br><br>PROOF OF SERVICE |

I, Melissa Gonzalez, declare that:

I am employed by Aldridge Pite, LLP.  My business address is: Fifteen Piedmont Center, 3575 Piedmont Road, N.E., Suite 500, Atlanta, GA 30305.   I am over the age of eighteen years and not a party to this case.

On June 24, 2019, I served the Notice of Postpetition Mortgage Fees, Expenses and Charges in said cause by electronic means through the court's CM/ECF system or by placing true and correct copies thereof enclosed in a sealed envelope with postage thereon fully prepaid in the United States Mail at San Diego, California, addressed as follows. A total of three (3) parties have been served. SEE ATTACHED SERVICE LIST.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: June 24, 2019        /s/ Melissa Gonzalez
                            MELISSA GONZALEZ

## SERVICE LIST

**DEBTOR(S)**
**(VIA U.S. MAIL)**

Anthony Gregory Kimbrough
P.O. Box 6147
Knoxville, TN 37914

**DEBTOR(S) ATTORNEYS**
**(VIA ELECTRONIC NOTICE)**

Richard M. Mayer
John P. Newton, Jr.
Law Offices of Mayer & Newton
1111 Northshore Drive
Suite S-570
Knoxville, TN 37919
mayerandnewton@mayerandnewton.com

**CHAPTER 13 TRUSTEE**
**(VIA ELECTRONIC NOTICE)**

Gwendolyn M Kerney
Chapter 13 Trustee
P. O. Box 228
Knoxville, TN 37901
ECFKnoxville@trustee13.com

**UNITED STATES TRUSTEE**
**(VIA ELECTRONIC NOTICE)**

United States Trustee
800 Market Street, Suite 114
Howard H. Baker Jr. U.S. Courthouse
Knoxville, TN 37902
Ustpregion08.kx.ecf@usdoj.gov